FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 18-01760 3F7 Judge: JERRY A. FUNK | Trustee Name: | GORDON P. JONES, TRUSTEE |
|---|---|---|---|
| Case Name: | MURRAY SR., JERRY S | Date Filed (f) or Converted (c): | 05/24/18 (f) |
| | | 341(a) Meeting Date: | 07/05/18 |
| For Period Ending: | 03/31/19 | Claims Bar Date: | 10/12/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE-FAMILY HOME, 8342 KNOTTS LANDING DRIVE E.J | 143,141.00 | 0.00 | | 0.00 | FA |
| 2. 2012 DODGE CHARGER  (9/18/18 N - D #38) | 7,000.00 | 750.00 | | 583.37 | 166.63 |
| 3. 2013 BMW 528I (WBAXG5C55DD231731) MILEAGE: 67,000 | 14,600.00 | 0.00 | OA | 0.00 | FA |
| 4. HOUSEHOLD GOODS (9/18/18 N - D #38) | 850.00 | 995.71 | | 583.73 | 411.98 |
| 5. OUTDOOR WATER HOSES (2), EXTENSION CORDS (8), BLAN | 150.00 | 0.00 | | 0.00 | FA |
| 6. DESK CHAIR, FILE CABINETS WITH 4 DRAWERS, FILE CAB | 200.00 | 0.00 | | 0.00 | FA |
| 7. SWINGLING PAPER CUTTER, LARGE CALENDAR, CALENDAR B | 75.00 | 0.00 | | 0.00 | FA |
| 8. LARGE HOUSE APPLIANCES, SPACE HEATER (2), HUMIDIFI | 100.00 | 0.00 | | 0.00 | FA |
| 9. MEDICAL TRACTION DEVICES (FOR NECK AND BACK), H - | 0.00 | 0.00 | | 0.00 | FA |
| 10. FISHING POLE | 10.00 | 0.00 | | 0.00 | FA |
| 11. WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 12. WATCHES (4), EAR RINGS FAKE (8 PAIR), | 50.00 | 0.00 | | 0.00 | FA |
| 13. SERVICE DOG HUSKY | 0.00 | 0.00 | OA | 0.00 | FA |
| 14. REGIONS BANK (9/18/18 N - D #38) | 371.50 | 749.29 | | 0.00 | 749.29 |
| 15. VYSTAR CREDIT UNION  (9/18/18 N - D #38) | 5.00 | 5.00 | | 0.00 | 5.00 |
| 16. POSSIBLE SUIT AGAINST NURSES CHOICE (11/19/18 #41) | Unknown | 16,000.00 | | 16,000.00 | FA |
| 17. FRAUDULENT CONVEYANCE  (9/18/18 N - D #38) (u) | Unknown | 1,000.00 | | 583.37 | 416.63 |
| 18. CASH ADVANCE (CREDIT CARD) (u) | Unknown | 0.00 | | 0.00 | FA |
| 19. PREFERENCE  (9/18/18 N - D #38) (u) | Unknown | 3,000.00 | | 1,750.47 | 1,249.53 |
| 20. WORKER'S COMPENSATION CLAIM (u) (PER AMENDED SCHEDULE B) | Unknown | 0.00 | | 0.00 | FA |
| 21. FRAUDULENT CONVEYANCE (9/18/18 N - D #38) (u) | Unknown | 500.00 | | 0.00 | 500.00 |
| 22. 2018 FEDERAL INCOME TAX REFUND (u) | Unknown | Unknown | | 0.00 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $166,652.50 | $23,000.00 | | $19,500.94 | $3,499.06 |

LFORM1

Ver: 22.01a

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 18-01760   3F7   Judge: JERRY A. FUNK | Trustee Name: | GORDON P. JONES, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | MURRAY SR., JERRY S | Date Filed (f) or Converted (c): | 05/24/18 (f) |
| | | 341(a) Meeting Date: | 07/05/18 |
| | | Claims Bar Date: | 10/12/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ESTATE PROFESSIONALS:
  Attorney:  ORDER EMPLOYING EUGENE JOHNSON ENTERED 6/22/18 (DOCKET #10); RECEIPT OF FEE APPLICATION FILED 2/13/19 (DOCKET #44).
  Special Attorney: ORDER EMPLOYING JESSICA KERR FILED 9/10/18 (DOCKET #36).
  Accountant:  ORDER EMPLOYING STEVE VANDERWILT FILED 3/19/19 (DOCKET #46); RECEIPT OF FEE APPLICATION FILED 04/18/19  (DOCKET #49).
  Auctioneer:
  TPP Appraiser:  ORDER EMPLOYING PETER MOCKE ENTERED 8/16/18 (DOCKET #23); RECEIPT OF APPRAISAL ($8,372) FILED 08/28/18 (DOCKET #31).
  Real Estate Agent:

ACTIONS:
  2004 Exam:
  Objection to Exemptions: FILED BY EUGENE JOHNSON 8/3/18 (DOCKET #18); HEARING SCHEDULED FOR 9/12/18 @ 1:30 P.M. FILED BY EUGENE JOHNSON 8/8/18 (DOCKET #21).
  Motion for Turnover: FILED BY EUGENE JOHNSON 8/8/18(DOCKET #20).
  Motion Determine Conseq Value: ORDER DETERMINING 2012 DODGE CHARGER IS OF CONSEQUENTIAL VALUE FILED 8/20/18 (DOCKET #28).
  Compromise 1: ORDER APPROVING EUGENE JOHNSON'S COMPROMISE FILED 10/16/18 (DOCKET #39).
  Compromise 2: ORDER APPROVING EUGENE JOHNSON'S COMPROMISE WITH AMN HEALTHCARE FILED 12/17/18 (DOCKET #42).
  Personal property:

LFORM1

Ver: 22.01a

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

| | | | |
|---|---|---|---|
| Case No: | 18-01760   3F7   Judge: JERRY A. FUNK | Trustee Name: | GORDON P. JONES, TRUSTEE |
| Case Name: | MURRAY SR., JERRY S | Date Filed (f) or Converted (c): | 05/24/18 (f) |
| | | 341(a) Meeting Date: | 07/05/18 |
| | | Claims Bar Date: | 10/12/18 |

Real Estate:

Auction:

Tax Refund: 2018 TAX RETURN; LETTER TO DEBTOR REQUESTING COPY OF 2018 TAX RETURN MAILED 12/21/18;  FINAL REQUEST FOR TAX RETURN MAILED 3/18/19

Personal Injury/Lawsuit:

Prepare Tax Return: LETTER TO CENTRALIZED INSOLVENCY OPERATION REQUESTING PROMPT DETERMINATION OF FORM 1041 MAILED CERTIFIED MAIL/RETURN RECEIPT REQUESTED  04/18/19

Abandonment: 2013 BMW AND ANIMAL FILED  04/17/19

Claims: EXAMINED  11/08/18

Objection to Discharge:

Adversary filed:

State Court Lawsuit:

CASE STATUS:

COLLECT PAYMENTS PER COMPROMISE ($7,000 @ $583.37 MO BEDG 10/15/18 PLUS PRO-RATA 2018 TAX REFUND)

CLOSING STATUS:

 TFR:

  NFR served:

  Order Allowing Administrative Expenses:

  TDR:

DATE OF LAST REVIEW OF CASE:       04/18/19

Initial Projected Date of Final Report (TFR): 10/01/19        Current Projected Date of Final Report (TFR): 11/01/19

## FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 18-01760 -3F7 | | Trustee Name: | GORDON P. JONES, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | MURRAY SR., JERRY S | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******8936  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6552 | | | |
| For Period Ending: | 03/31/19 | | Blanket Bond (per case limit): | $ 21,701,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/15/18 | 2 | JERRY S MURRAY SR.<br>8342 KNOTTS LANDING DRIVE E<br>JACKSONVILLE, FL  32244 | PER 9/18/18 NOTICE - DOCKET 38 | 1129-000 | 583.37 | | 583.37 |
| 10/23/18 | | Trsf To BofI Federal Bank | FINAL TRANSFER | 9999-000 | | 583.37 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 583.37 | 583.37 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 583.37 | |
| Subtotal | 583.37 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 583.37 | 0.00 | |

Page Subtotals       583.37       583.37

Ver: 22.01a

LFORM24

FORM 2

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-01760 -3F7 | Trustee Name: | GORDON P. JONES, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | MURRAY SR., JERRY S | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******2652  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6552 | | |
| For Period Ending: | 03/31/19 | Blanket Bond (per case limit): | $ 21,701,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/23/18 | | Trsf In From UNION BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 583.37 | | 583.37 |
| 11/20/18 | 19 | JERRY S MURRAY SR. 8342 KNOTTS LANDING DRIVE E JACKSONVILLE, FL  32244 | PER 9/18/18 NOTICE - DOCKET 38 | 1241-000 | 583.37 | | 1,166.74 |
| 12/04/18 | 16 | AMN HEALTHCARE | PER 9/18/18 NOTICE - DOCKET 41 | 1149-000 | 16,000.00 | | 17,166.74 |
| 12/14/18 | 4 | JERRY S MURRAY SR. 8342 KNOTTS LANDING DRIVE E JACKSONVILLE, FL  32244 | PER 9/18/18 NOTICE - DOCKET 38 | 1129-000 | 583.73 | | 17,750.47 |
| 01/14/19 | 19 | JERRY S MURRAY SR. 8342 KNOTTS LANDING DRIVE E JACKSONVILLE, FL  32244 | PER 9/18/18 NOTICE - DOCKET 38 | 1241-000 | 583.73 | | 18,334.20 |
| 02/12/19 | 19 | JERRY S MURRAY SR. 8342 KNOTTS LANDING DRIVE E JACKSONVILLE, FL  32244 | PER 9/18/18 NOTICE - DOCKET 38 | 1241-000 | 583.37 | | 18,917.57 |
| 03/12/19 | 17 | JERRY S MURRAY SR. 8342 KNOTTS LANDING DRIVE E JACKSONVILLE, FL  32244 | PER 9/18/18 NOTICE - DOCKET 38 | 1241-000 | 583.37 | | 19,500.94 |

|  | COLUMN TOTALS | 19,500.94 | 0.00 | 19,500.94 |
| --- | --- | --- | --- | --- |
|  | Less:  Bank Transfers/CD's | 583.37 | 0.00 | |
|  | Subtotal | 18,917.57 | 0.00 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 18,917.57 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account (Non-Interest Earn - ********8936 | 583.37 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********2652 | 18,917.57 | 0.00 | 19,500.94 |
|  | 19,500.94 | 0.00 | 19,500.94 |

Page Subtotals        19,500.94        0.00

Ver: 22.01a

LFORM24

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 18-01760 -3F7 |
| Case Name: | MURRAY SR., JERRY S |
| Taxpayer ID No: | *******6552 |
| For Period Ending: | 03/31/19 |

| | |
|---|---|
| Trustee Name: | GORDON P. JONES, TRUSTEE |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******2652 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 21,701,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 22.01a

LFORM24